## CASE ANNOUNCEMENTS

*September 9, 2010*

[Cite as *09/09/2010 Case Announcements*, 2010-Ohio-4221.]

## MOTION AND PROCEDURAL RULINGS

**2010–0728.   State ex rel. Am. Civ. Liberties Union of Ohio, Inc. v. Cuyahoga Cty. Bd. of Commrs.**
In Mandamus. On written request of Transition Executive Committee et al., it is ordered that the time for filing the evidence is hereby extended to Friday, September 24, 2010.

Upon consideration of the motion of Transition Executive Committee et al. to expedite discovery,

It is ordered by the court that the motion is granted, and relator's discovery responses shall be submitted to the respondents no later than Monday, September 20, 2010.